**Order filed December 3, 2020**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-20-00784-CV**

———————

**IN RE B.C., Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 93456-F**

---

## ORDER

On November 18, 2020, relator B.C. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52.

Relator's petition does not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 52.3(j) ("The person filing the petition must certify that he or she has reviewed the petition and concluded that every factual statement in the petition is supported by competent evidence included in the appendix or record."); 52.7(a)(2) ("Relator must file with the petition . . . a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained."). By this order, the court gives relator ten

days' notice that the petition will be dismissed for failure to comply with Rules 52.3(j) and 52.7(a)(2) unless the deficiency is cured. *See generally* Tex. R. App. P. 42.3(c).

PER CURIAM

Panel Consists of Justices Bourliot, Zimmerer, and Spain.